UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>U. BANIGA, M.D., et al.,<br><br>    Defendants. | 1:19-cv-01258-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 13.)**<br><br>**ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT DR. RODRIGUEZ FOR INADEQUATE MEDICAL CARE UNDER THE EIGHTH AMENDMENT, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM** |

Jose Garcia ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2019, the court entered findings and recommendations, recommending that this action proceed only against defendant Dr. Rodriguez on Plaintiff's medical claim under the Eighth Amendment, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 13.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has passed, and Plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Therefore, based on the foregoing, it is **HEREBY RECOMMENDED** that:

1. This action now proceeds only against defendant Dr. Rodriguez for failure to provide adequate medical care under the Eighth Amendment;
2. All remaining claims and defendants are dismissed from this action;
3. Plaintiff's claims against Defendants for creating or implementing a flawed policy, for retaliation, and for improperly handling Plaintiff's prison appeals are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted;
4. Defendants Dr. U. Baniga, California Correctional Health Care Services, and Does #1-5 (Medical Provider Policy Makers) are dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted; and
5. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   November 21, 2019

_____
SENIOR DISTRICT JUDGE